[No. 9313-1-III. Division Three. April 17, 1990.]

ARIZONA MOTOR SPEEDWAY, INC., *Respondent,* v. AMERICAN DRAG RACING ASSOCIATION, INC., *Defendant,* SPOKANE RACEWAY PARK, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-03532-4, George T. Shields, J., entered April 19, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 9717-0-III. Division Three. April 17, 1990.]

THE STATE OF WASHINGTON, *on the Relation of Beverly Kay Sandoval, Respondent,* v. RICARDO PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 86-5-00002-5, Fred Van Sickle, J., entered November 22, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 9875-3-III. Division Three. April 17, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EMILIO F. RIOS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-00050-0, Stephen M. Brown, J., entered February 23, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.